# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:22-mc-00002-JGB-SHK** | Date: | April 5, 2022 |
|---|---|---|---|

| Title: | *Synchrony Bank v. Cabinets To Go, LLC* |
|---|---|

Present: The Honorable   Shashi H Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a) or (c)**

The Court received Plaintiff's executed "Notice of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)" filed on April 4, 2022, wherein Plaintiff dismisses entire action of this case. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Here, Defendants have not filed either an answer or a motion for summary judgment.

Accordingly, this case is dismissed, and without the need for a court order, pursuant to Plaintiff's notice.  The Clerk is directed to terminate this case.

**IT IS SO ORDERED.**